IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEVIN S. SANDERS, LLC, A
FLORIDA LIMITED
LIABILITY COMPANY, AND
KEVIN S. SANDERS, AN
INDIVIDUAL,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2644

        Appellants,

v.

LEWIS TODD BARNETT,

        Appellee.

_____/

Opinion filed September 25, 2017.

An appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Kevin S. Sanders, Jacksonville, for Appellants.

No appearance for Appellee.

PER CURIAM.

        DISMISSED.

WETHERELL, MAKAR, and WINOKUR, JJ., CONCUR.